# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA K. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1265-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered December 15, 2011. Doc. No. 22. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 22] is ADOPTED, the decision of the Commissioners of the Social Security Administration is REVERSED and this case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 9th day of January 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE